IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANIQUA APONTE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY | : | |
| HOUSING AUTHORITY, et al. | : | No. 15-4795 |

**O R D E R**

**AND NOW**, this 19th day of May, 2016, upon consideration of Defendants' Motion to Dismiss (Doc. No. 4), **I HEREBY ORDER** that Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:


/s J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.